IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TRACY SCAIFE, | ) | CASE NO. 1:15cv00388-PAG |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | **NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANTS CLEVELAND CLINIC REGIONAL PHYSICIANS, LLC AND MARK LIBERTIN, M.D.** |
| LAKEWOOD HOSPITAL, et al. | ) | |
| Defendants. | ) | |

-o0o-

Now comes Plaintiff, Tracy Scaife, by and through counsel, and pursuant to Fed. R. 41(a)(1)(A)(ii), hereby gives notice of voluntary dismissal of defendants, Cleveland Clinic Regional Physicians, LLC and Mark Libertin, M.D. only, without prejudice and pursuant to stipulation by all parties. This case shall remain pending as to any other defendants.

Respectfully submitted,

*/s/ Christopher M. Mellino*
CHRISTOPHER M. MELLINO (#0021843)
**THE MELLINO LAW FIRM LLC**
19704 Center Ridge Road
Rocky River, Ohio 44116
Phone: (440) 333-3800
Fax: (440) 333-4152
cmm@mellinolaw.com

/s/ *Charles M. Murray*
Charles M. Murray (OSC# 52083)
cmm@murrayandmurray.com
Direct dial: 419-624-3127
Christopher W. Tackett (OSC#0087776)
cwt@murrayandmurray.com
Direct dial: 419-626-7009
**MURRAY & MURRAY CO., L.P.A.**
111 East Shoreline Drive
Sandusky, Ohio 44870
FAX: (419) 624-0707
Attorneys for Plaintiff

Approved by:

*Per telephone consent*
Edward Taber
Jane F. Warner
TUCKER ELLIS LLP
950 Main Ave., suite 1100
Cleveland, OH 44113-7213
Attorneys for Defendants Lakewood Hospital,
The Cleveland Clinic Foundation, and Clinic Regional
Physicians, Inc. and Mark Libertin, M.D.

## CERTIFICATE OF SERVICE

This is to certify that on July 20, 2015, a copy of the foregoing Notice of Stipulation of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>/s/ *Charles M. Murray*
>Charles M. Murray (OSC# 52083)
>cmm@murrayandmurray.com