So Ordered.
/s/ Patricia A. Gaughan
1/25/16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRACY SCAIFE, | ) | CASE NO.: 1:15CV388 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| vs. | ) | |
| | ) | **STIPULATION OF VOLUNTARY** |
| LAKEWOOD HOSPITAL, et al., | ) | **DISMISSAL PURSUANT TO F.R.C.P.** |
| | ) | **41(a)(1)(A)(ii)** |
| Defendants. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties through their respective counsel that this action is being voluntarily dismissed, without prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and that Plaintiff has the right to re-file her case within one year from the date of this dismissal.

1